# EXHIBIT A

## FEDERAL CORRECTIONAL INSTITUTION
## MORGANTOWN, WEST VIRGINIA
## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.18, Administrative Remedy Program, states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally before he will be given an Administrative Remedy form. The informal resolution process should be completed in a timely manner.

INMATE'S NAME: Omar Cooper   REG. NO. 57159-039   UNIT: Randolph

1. Specific Complaint: Due to COVID-19 virus, my vulnerability of contracting the virus due to my health.

2. Relief Requested: Compassionate release 3582 where I can serve the remainder of my sentence on home confinement

3. Date of Incident: 5-21-2020

4. Date/Time Complaint Received From Inmate: 5-24-2020   0918

5. Date/Time Informally Discussed With Inmate: 5-27-2020   1240

6. Staff Response: You must file a request with the Warden. If denied you may go directly to the courts.

7. Date Administrative Remedy Provided: 5-27-2020

8. Informal Resolution was/was not accomplished.

Omar Cooper  57159-039
Inmate's Signature/Register Number

5-24-2020
Date

_____  CCC
Staff Member's Name and Title

5-24-2020
Date

_____
Unit Manager's Signature

5/29/2020
Date

DISTRIBUTION: If complaint is informally resolved before being receipted, Correctional Counselors shall maintain informal resolution form for future reference. If complaint cannot be informally resolved (including by Unit Manager), forward original resolution form, attached to Administrative Remedy form, to the Administrative Remedy Coordinator/Clerk.

Attachment A

MRG 1330.18A                                                          10/04/2018

From: Cooper, Omar Lamar  REG. NO. 57154-039  FSL: Randolph  INSTITUTION: FCI-Morgantown

**Part A- INMATE REQUEST**

My health conditions, high blood pressure, borderline diabetes makes me vulnerable to the Covid-19 virus. If granted Compassionate Release 3582, I will be staying with my wife in a safe environment. My wife's name and number is Jessica Marks, # ▮▮▮▮. I have a job offer at Balir. I'm still under ObamaCare medical insurrance. I'm no threat or harm to the community. I was a self-surrender and did 15 months of pre-trial, meaning I have no intentions on fleeing. My biggest fear is dying on this compound due to the deadly Covid-19.

Respectfully Submitted,

DATE: 5-27-2020

SIGNATURE OF REQUESTER: Omar Cooper

**Part B- RESPONSE**

RECEIVED MAY 29 2020

1022690-F1

DATE ___  WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

                                 CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

BP-229(13)
APRIL 1982
USP LVN